UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

1199SEIU UNITED HEALTHCARE WORKERS EAST,

        Petitioner,

- against -

PSC COMMUNITY SERVICES, ET AL.,

        Respondents.

20-cv-3611 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Movants are directed to submit courtesy copies of the papers filed in connection with their motion to intervene and motion to vacate. See Individual Practice II.C.

SO ORDERED.

Dated:    New York, New York
           May 11, 2022

                                            John G. Koeltl
                                     United States District Judge

1