UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

JOSHUA WALTER KRAUS LYONS,

        Plaintiff,

- against -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, ET AL.,

        Defendants.

-----------------------------------------------------------

21-cv-3661 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, the defendants' motion to dismiss is due by July 1, 2022. The plaintiff's response is due by July 22, 2022. The defendants' reply is due by August 5, 2022.

SO ORDERED.

Dated:    New York, New York
           June 1, 2022

                                          _____
                                          John G. Koeltl
                                      United States District Judge