UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYONS,

          Plaintiff,

- against -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

          Defendants.

21 Civ. 3661 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with courtesy copies of all papers filed in connection with the fully briefed motion to dismiss.

SO ORDERED.

Dated:    New York, New York
           September 20, 2022

                                              John G. Koeltl
                                       United States District Judge