UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

JOSHUA WALTER KRAUSE LYONS,                 21-cv-3661 (JGK)

               Plaintiff,                ORDER

      - against -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

               Defendants.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for oral argument in connection with the defendants' motion to dismiss on Friday, **January 6, 2023**, at **2:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           December 23, 2022

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                   United States District Judge