UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA WALTER KRAUSE LYONS,  21-cv-3661 (JGK)

        Plaintiff,  ORDER

   - against -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, the government is directed to file a letter apprising the Court of the status of the plaintiff's I-526 petition on or before **January 10, 2023**.

SO ORDERED.

Dated:   New York, New York
           January 6, 2023

                                      John G. Koeltl
                                United States District Judge